# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 832 |
| | : | |
| ORDER MODIFYING § 4 OF THE | : | SUPREME COURT RULES |
| PENNSYLVANIA CONTINUING LEGAL | : | DOCKET |
| EDUCATION BOARD REGULATIONS | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of March, 2020, upon the recommendation of the Continuing Legal Education ("CLE") Board,

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania, and Rule 1952(A) of the Rules of Judicial Administration, that § 4 of the Pennsylvania Continuing Legal Education Board Regulations, implementing Rule 105(a)(1) of the Pennsylvania Rules for Continuing Legal Education, is modified as follows:

     The April 30, 2020 CLE compliance deadline applicable to Compliance Group 1 is hereby extended to August 31, 2020. All other 2020 annual compliance deadlines remain unchanged and on standard schedule.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.